**James T. MARTIN, Jr.**

v.

**D.C. METROPOLITAN POLICE DEPARTMENT, et al.**
Nos. 85–6071, 85–6072.

United States Court of Appeals, District of Columbia Circuit.

May 8, 1987.

En Banc Order Vacated and Section IV and Dissenting Opinion Reinstated July 31, 1987.

Rehearing and Rehearing En Banc Denied July 31, 1987.

ORDER

Prior Report: 812 F.2d 1425

Before WALD, Chief Judge, and ROBINSON, MIKVA, EDWARDS, RUTH BADER GINSBURG, BORK, STARR, SILBERMAN, BUCKLEY, WILLIAMS and DOUGLAS H. GINSBURG, Circuit Judges.

PER CURIAM.

Appellants' suggestion for rehearing *en banc* has been circulated to the full Court. The taking of a vote was requested. Thereafter, a majority of the judges of the Court in regular, active service voted in favor of the suggestion. Accordingly, it is

ORDERED, by the Court *en banc,* that appellants' suggestion for rehearing *en banc* is granted and these cases will be reheard by the Court sitting *en banc* on the issue presented by appellants in their suggestion. It is

FURTHER ORDERED, by the Court *en banc,* that Section IV of the opinion of February 10, 1987 and the dissenting opinion, be, and the same hereby are, vacated. Except for Sections I, II and III of the majority opinion, all opinions are hereby withdrawn from all future publication.

A future order will govern further proceedings herein.